UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: May 11, 2022

vs.  Case No.: 22-mj-2019DPR-03

**JEFFREY L. HUGHLEY**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**  Preliminary Hearing
Detention Hearing

Time Commenced: 9:07 a.m.  Time Terminated: 9:19 a.m.

## APPEARANCES

| | |
|---|---|
| Plaintiff: | Jessica Eatmon, AUSA |
| Defendant: | Jason Coatney, CJA |
| USPPTS: | Elizabeth Farquhar |

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

**Preliminary Hearing:** Court takes notice of the court file which includes a signed affidavit in support of the complaint. No evidence presented with regard to probable cause. Court finds probable cause and orders the matter held for grand jury or other proceedings.

**Detention Hearing:** The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 34). Arguments made regarding Defendant's custody. The Court takes matter of detention under advisement.

**Custody:** Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel